IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS E. BENTLEY | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MICHAEL W. HARLOW | : |
| *SUPERINTENDENT*, ET AL. | : NO.  11cv2423 |

O R D E R

**AND NOW**, this 11th day of October, 2011, upon consideration of the Report and Recommendation of Magistrate Judge Lynne A. Sitarski, and the petitioner having advised the court that he agrees that his PCRA petition has not yet been resolved by the state courts, **IT IS HEREBY ORDERED** that the Report is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that action on this petition is **STAYED** pending resolution of petitioner's PCRA petition by the state courts.

Counsel for the respondents and the petitioner shall advise the court within fourteen days when they have received a final decision on petitioner's PCRA petition from the state courts.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge