IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LEWIS BENTLEY                          :                    CIVIL ACTION
                                       :
       v.                              :
                                       :
MICHAEL W. HARLOW, et al.              :                    NO. 11-2423

ORDER

AND NOW, this 15th day of March, 2016, upon consideration of petitioner Lewis

Bentley's habeas petition (docket entry # 1), the Report and Recommendation of the Honorable

Lynne A. Sitarski (docket entry #27), and petitioner's objections to the Report and

Recommendation (docket entry #29), and for the reasons set forth in the accompanying

Memorandum, it is hereby ORDERED that:

     1.     Petitioner's objections are OVERRULED;

     2.     Judge Sitarski's Report and Recommendation is APPROVED and

ADOPTED;

     3.     Petitioner's habeas petition (docket entry #1) is DISMISSED WITH

PREJUDICE and without an evidentiary hearing;

     4.     Because reasonable jurists could not debate whether the petition states a

valid claim for a denial of a constitutional right, Slack v. McDaniel, 529 U.S. 473, 484 (2000),

we DECLINE to issue a certificate of appealability; and

     5.     The Clerk of Court shall CLOSE this case statistically.


                                      BY THE COURT:

                                      _/s/ Stewart Dalzell, J.
                                      Stewart Dalzell, J.