## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS E. BENTLEY,<br>    *Petitioner*, | :<br>:<br>: |
| v. | :     CIVIL ACTION NO. 11-CV-2423 |
| MICHAEL W. HARLOW, *et al.*,<br>    *Respondents*. | :<br>:<br>: |

### ORDER

**AND NOW**, this 28th day of April, 2022, in consideration of Petitioner Lewis E. Bentley's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 42), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Bentley's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                                                    **BY THE COURT:**


                                                                    */s/ Gerald J. Pappert*
                                                                    **GERALD J. PAPPERT, J.**